DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD HARTMAN,**
Appellant,

v.

**PEOPLE OF THE STATE OF CALIFORNIA,** et al.,
Appellees.

No. 4D22-1463

[March 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502021CF006894.

Carey Haughwout, Public Defender, and Claire Victoria Madill and Christine C. Geraghty, Assistant Public Defenders, West Palm Beach, for appellant.

Eric Baum of K5 Global, New York, NY, and Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellees Child Rescue Coalition and Carly Yoost.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***